JOHN F. COULTER, JR. v. BOARD OF EDUCATION OF THE
BOROUGH OF CALDWELL–WEST CALDWELL,
ESSEX COUNTY.

March 9, 1981.

Petition for certification denied.

JOHANNA H. CURLEY v. EDWARD CURLEY.

March 9, 1981.

Petition for certification denied.

BERNARD RICKETSON v. BRUCE OXMAN.

March 9, 1981.

Petitions for certification denied.

STATE OF NEW JERSEY v. MICHAEL B. WALKER.

March 9, 1981.

Petition for certification denied.